# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM G. KREJCE, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiffs, ) ) v. ) ) MERCK & CO., INC., et al., ) ) Defendants. ) | No. 4:08-CV-295 CAS |

## ORDER

This matter is before the Court on defendants Merck & Co., Inc. and Schering-Plough Corporation's motion to stay all proceedings in this matter and for an extension of time to respond to the complaint. No opposition has been filed to the motion and the time to do so has passed.

The defendants state that this matter is one of "scores of similar class actions filed in courts around the country" and that motions have been filed with the Judicial Panel on Multidistrict Litigation (the "Panel") seeking the transfer of thirty-three similar cases to a single federal forum pursuant to 28 U.S.C. § 1407. The defendants state that a hearing on the motions for centralization and transfer is scheduled to take place before the Panel on March 27, 2008. The defendants request that the Court stay these proceedings pending the Panel's decision, and request an extension of time to respond to the complaint.

The Court finds that the motion to stay and for an extension of time to respond to the complaint should be granted to conserve judicial resources and to prevent duplicative litigation and inconsistent pretrial orders pending transfer.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to stay all proceedings in this matter and for an extension of time to respond to the complaint pending a decision by the Judicial Panel on Multidistrict Litigation on centralization and transfer is **GRANTED**. [Doc. 4]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of March, 2008.